IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RILEY NOONKESTER,

        Plaintiff,                     No. CIV S-06-0306 DFL GGH P

    vs.

TEHAMA COUNTY SHERIFF, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se. He seeks relief pursuant to 42 U.S.C. § 1983 and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for leave to proceed in forma pauperis is granted.

        2. Service is appropriate for the following defendants: Clay Parker.

1

1       3. The Clerk of the Court shall send plaintiff 1USM-285 form, one summons, an
2 instruction sheet and a copy of the complaint filed February 13, 2006.
3       4. Within thirty days from the date of this order, plaintiff shall complete the
4 attached Notice of Submission of Documents and submit the following documents to the court:
5       a. The completed Notice of Submission of Documents;
6       b. One completed summons;
7       c. One completed USM-285 form for each defendant listed in number 3
8       above; and
9       d. One copy of the endorsed complaint filed February 13, 2006.
10       5. Plaintiff need not attempt service on defendants and need not request waiver of
11 service. Upon receipt of the above-described documents, the court will direct the United States
12 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
13 without payment of costs.
14 DATED: 7/6/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

noon306.b
ggh:kj

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RILEY NOONKESTER,

        Plaintiff,                            No. CIV S-06-0306 DFL GGH P

    vs.

TEHAMA COUNTY SHERIFF, et al.,

                                            <u>NOTICE OF SUBMISSION</u>

        Defendants.                      <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        ____        completed summons form

        ____        completed USM-285 forms

        ____        copies of the _____
                                      Complaint/Amended Complaint

DATED:

                                            _____
                                            Plaintiff