IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RILEY NOONKESTER,

      Plaintiff,                    No. CIV S-06-0306 DFL GGH P

      vs.

TEHAMA COUNTY SHERIFF, et al.,

      Defendants.              <u>ORDER</u>

_____/

      On July 7, 2006, the court issued an order finding that plaintiff's complaint stated a colorable claim against defendant Sheriff Parker. The court ordered plaintiff to complete and return the forms necessary to effect service of this defendant.

      On September 14, 2006, plaintiff filed a letter with the court stating that he also named the Tehama County Board of Supervisors as a defendant. The court construed plaintiff's complaint to name the individual members of the Board of Supervisors as "doe" defendants. For that reason, the court did order service of these doe defendants. Because plaintiff has clarified that he intends to name the Board of Supervisors as a defendant, the court will order service of this defendant as well.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Service is appropriate for the following defendants: Board of Supervisors.

2. The Clerk of the Court shall send plaintiff 1USM-285 form, one summons, an instruction sheet and a copy of the complaint filed February 13, 2006.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. One copy of the endorsed complaint filed February 13, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 11/7/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

noon306.ord
ggh:kj

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RILEY NOONKESTER,

        Plaintiff,                                  No. CIV S-06-0306 DFL GGH P

     vs.

TEHAMA COUNTY SHERIFF, et al.,

                                          <u>NOTICE OF SUBMISSION</u>

        Defendants.                      <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

                ____        completed summons form

                ____        completed USM-285 forms

                ____        copies of the _____
                                        Complaint/Amended Complaint

DATED:

                                          _____
                                          Plaintiff