IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RILEY NOONKESTER,

    Plaintiff,                        No. CIV S-06-0306 RRB GGH P

    vs.

TEHAMA COUNTY SHERIFF, et al.,

    Defendant.                  ORDER

_____/

        On March 27, 2006, defendants filed a motion to dismiss. Plaintiff has not opposed the motion.

        Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, plaintiff shall show cause for his failure to oppose defendants' motion; the court will deem plaintiff's failure to respond to this order as a waiver of opposition.

DATED: 6/29/07

                                          /s/ Gregory G. Hollows
                                          UNITED STATES MAGISTRATE JUDGE

noon306.osc

1