IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RILEY NOONKESTER,

        Plaintiff,                                        No. CIV S-06-0306 RRB GGH P

   vs.

TEHAMA COUNTRY SHERIFF, et al.,

        Defendants.                                       <u>ORDER</u>

_____/

        Plaintiff has requested a ninety day extension of time to file an amended complaint pursuant to the court's order of November 8, 2007. The court will grant plaintiff a thirty day extension. If additional time is required, plaintiff may file a well supported second request for extension of time. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 3, 2007 motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an amended complaint.

DATED: 12/11/07

                        /s/ Gregory G. Hollows

                        _____
                        GREGORY G. HOLLOWS
                        UNITED STATES MAGISTRATE JUDGE

GGH:cm
noon0306.36