IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RILEY NOONKESTER,

     Plaintiff,                   No. CIV S-06-0306 RRB GGH P

     vs.

TEHAMA COUNTY SHERIFF, et al.,

     Defendants.

_____/     ORDER

        Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1093.  On January 7, 2008, plaintiff filed an amended complaint.  On January 25, 2008, defendant Parker filed an answer to the amended complaint.

        Named as a defendant in the amended complaint is Transcor America, LLC.  The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) as to this defendant.  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Service is appropriate for the following defendants: Transcor America, LLC.

        2.  The Clerk of the Court shall send plaintiff 1 USM-285 form, one summons, an instruction sheet and a copy of the amended complaint filed January 7, 2008.

1        3.  Within thirty days from the date of this order, plaintiff shall complete the
2   attached Notice of Submission of Documents and submit the following documents to the court:
3            a.  The completed Notice of Submission of Documents;
4            b.  One completed summons;
5            c.  One completed USM-285 form for each defendant listed in number 3
6            above; and
7            d.  Two copies of the endorsed amended complaint filed January 7, 2008.
8        4.  Plaintiff need not attempt service on defendants and need not request waiver of
9   service.  Upon receipt of the above-described documents, the court will direct the United States
10  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
11  without payment of costs.
12  DATED:  04/04/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

15  noon306.1

```
 1
 2
 3
 4
 5
 6
 7
 8                   IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10  RILEY NOONKESTER,
11           Plaintiff,                No. CIV S-06-0306 RRB GGH P
12      vs.
13  TEHAMA COUNTY SHERIFF, et al.,     NOTICE OF SUBMISSION
14           Defendants.               OF DOCUMENTS
15  _____/
16           Plaintiff hereby submits the following documents in compliance with the court's
17  order filed _____:
18           ____        completed summons form
19           ____        completed USM-285 forms
20           ____        copies of the _____
                                    Complaint/Amended Complaint
21  DATED:
22
23                                     _____
                                                  Plaintiff
24
25
26
```