IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RILEY NOONKESTER,

    Plaintiff,                     No. CIV S-06-0306 RRB GGH P

    vs.

TEHAMA COUNTY SHERIFF, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed April 4, 2008, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his amended complaint which are required to effect service on the defendants. On April 17, 2008, plaintiff submitted the the USM-285 form with no zip code for the defendant, the wrong summons form and did not submit copies of the amended complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send a copy of the January 7, 2008 amended complaint, one USM-285 form and one blank summons; and

/////

1

2. Within thirty days, plaintiff shall submit to the court the two copies of the January 7, 2008 amended complaint, one completed USM-285 form and one completed summons required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: 05/15/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
noon0306.8f