IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RILEY NOONKESTER,

      Plaintiff,                         No. CIV S-06-0306 JAM GGH P

      vs.

TEHAMA COUNTY SHERIFF, et al.,

      Defendants.                  ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 13, 2007, the magistrate judge filed findings and recommendations herein(Docket 34) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations(Docket 35).

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 13, 2007, are adopted in full; and

2. Plaintiff's May 10, 2007, motion for a protective order, construed as a motion for injunctive relief, is hereby denied.

DATED: August 27, 2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/cm
noon0306.805