IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RILEY NOONKESTER,

    Plaintiff,                       No. CIV S-06-0306 JAM GGH P

    vs.

TEHAMA COUNTY SHERIFF, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 8, 2007, the magistrate judge filed findings and recommendations herein (Docket 29) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed November 8, 2007, are adopted in full; and

2. Defendants' March 27, 2007, motion to dismiss is denied as to plaintiff's claims alleging violation of his right to substantive due process based on unhygienic conditions, denial of rights while housed in administrative segregation, use of shackles during exercise, lights on in his cell all day and night, uncomfortable mattress, and plaintiff's claim alleging that he was denied confidential communication with this counsel and that jail staff read his mail.

DATED: August 27, 2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

noon0306.801