IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RILEY NOONKESTER,

    Plaintiff,                           No. CIV S-06-0306 JAM GGH P

    vs.

TEHAMA COUNTY SHERIFF, et al.,

    Defendants.                       ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On July 25, 2008, the court ordered the United States Marshal to serve the complaint on defendant Transcor America, LLC. Process directed to defendant Transcor America, LLC was returned unserved because "USPS returned it as undeliverable." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. The Clerk of the Court is directed to send to plaintiff one USM-285 form,

3 along with an instruction sheet and a copy of the amended complaint filed January 7, 2008;

4       2. Within sixty days from the date of this order, plaintiff shall complete and

5 submit the attached Notice of Submission of Documents to the court, with the following

6 documents:

7           a. One completed USM-285 form for defendant;

8           b. Two copies of the endorsed amended complaint filed January 7, 2008;

9           and

10           c. One completed summons form (if not previously provided) or show

11           good cause why he cannot provide such information.

12 DATED: 10/08/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:ak
noon0306.8e

```
 1
 2
 3
 4
 5
 6
 7
 8                          IN THE UNITED STATES DISTRICT COURT
 9                         FOR THE EASTERN DISTRICT OF CALIFORNIA
10   RILEY NOONKESTER,
11          Plaintiff,                        No. CIV S-06-0306 JAM GGH P
12       vs.
13   TEHAMA COUNTY SHERIFF, et al.,           NOTICE OF SUBMISSION
14          Defendants.                       OF DOCUMENTS
15   _____/
16          Plaintiff hereby submits the following documents in compliance with the court's order filed _____:
17          _____       completed summons form
18          _____       completed USM-285 forms
19          _____  copies of the _____
                                  Complaint/Amended Complaint
20   DATED:
21
22                                            _____
                                                      Plaintiff
23
24
25
26
```