UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RILEY NOONKESTER**, <br><br>                              Plaintiff, <br><br> v. <br><br> **TEHAMA COUNTY SHERIFF, et al.**, <br><br>                              Defendants. | No. 2:06-cv-00306-AK <br><br> **ORDER** |

Plaintiff's request for a status report is granted.  I'm reviewing the motion for summary judgment and I hope to issue a decision soon.

June 23, 2011

*[signature]*

**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation