# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

**RILEY NOONKESTER**,

                    Plaintiff,

v.

**TEHAMA COUNTY SHERIFF, et al.**,

                    Defendants.

No. 2:06-cv-00306-AK

**ORDER**

This court has considered the Settlement Agreement executed by both parties arising out of the court-ordered mediation conducted by mediator Joe Ramsey, together with the court's file in this matter, and, good cause appearing, it is ordered as follows: The case is dismissed with prejudice, each party to bear its own costs and fees.

The court thanks the parties and Mr. Ramsey for their diligent efforts in reaching an amicable resolution of this dispute.

March 8, 2012

**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation