UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RILEY NOONKESTER,<br><br>                    Plaintiff,<br><br>v.<br><br>TEHAMA COUNTY SHERIFF, et al.,<br><br>                    Defendants. | No. 2:06-cv-00306-AK<br><br>ORDER |

The court denies as beyond its jurisdiction Noonkester's ex parte application requesting the court to order Coalinga State Hospital to release its financial hold on plaintiff's settlement funds and return them to plaintiff.  The court expresses its sincere hope that Noonkester and the state can reach an amicable settlement of their dispute over his settlement funds.

May 25, 2012

                                                                    _____
                                                                    **ALEX KOZINSKI**
                                                                    Chief Circuit Judge
                                                                    Sitting by designation